# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Irene Abels ) | Adversary No. 21-02015-CMB |
| ) | |
| Irene Abels, ) | BK Lead Case No. 20-23088-CMB |
| Debtor/Plaintiff ) | |
| v. ) | Chapter 13 |
| WILMINGTON FUND SAVING SOCIETY, FSB ) | |
| Creditor/Defendant ) | **ENTERED BY DEFAULT** |
| ) | |
| Ronda Winnecour ) | |
| Trustee/Respondent ) | Filed under Local Bankr. |
| ) | Rule 9013.4  6(a) |

## ORDER OF COURT

AND NOW, this __22nd__ day of __April__, 20 __21__ it is hereby Ordered, Adjudged and Decreed that Irene Abels, is granted a Default Judgment in the above captioned action to find that any claim lien or debt held by WILMINGTON FUND SAVING SOCIETY, FSB with respect to Irene Abels and the premises and real estate commonly known as 201 Pennsylvania Avenue, New Galillee, PA 16141, is allowed as a secured claim in the real estate located at 201 Pennsylvania Avenue, New Galillee, PA 16141 at $0.00 and that any additional amounts be allowed only as an unsecured debt ONLY if WILMINGTON FUND SAVING SOCIETY, FSB timely files a valid claim. Provided that the Plaintiff successfully completes his/her/their Chapter 13 Bankruptcy and receives a Chapter 13 Discharge, the claim of the WILMINGTON FUND SAVING SOCIETY, FSB shall be deemed satisfied, released and discharged.  In the event that the WILMINGTON FUND SAVING SOCIETY, FSB fails to file and serve a Notice of Satisfaction within 30 days of the Discharge Order being entered, then WILMINGTON FUND SAVING SOCIETY, FSB shall be subject to sanctions. Plaintiff shall be permitted to record certified copies of this Order along with the Order of Discharge with the County Recorder of Deeds, which will constitute and effectuate the discharge of the Plaintiff's mortgage with the WILMINGTON FUND SAVING SOCIETY, FSB.  In the event that the Plaintiff's case is dismissed or converted to Chapter 7 the full and complete rights of the WILMINGTON FUND SAVING SOCIETY, FSB shall resume as if no bankruptcy proceeding was ever filed.

By the Court

*Carlota M. Böhm* glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

The Clerk shall close this Adversary.

FILED
4/22/21 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA